IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JEFFREY GRAY,

    Plaintiff,

v.   CIVIL ACTION NO. 7:21-cv-000143

PETE DILLARD Individually and in his
Official Capacity as City Manager of the
City of Moultrie, and
Officers BRITTANY JOHNSON,
JERIAH RUIZ, VALDEZ,
And NEWTON, each in their Individual
Capacity, and the CITY OF MOULTRIE,

    Defendants.

_____/

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, and hereby stipulate to the dismissal of this action, **WITH PREJUDICE,** with each party to bear that party's own costs and attorneys' fees.

**SO STIPULATED**, this 5th day of January, 2021.

    /s/ Jordan Johnson_____
    Jordan Johnson
    Georgia Bar No. 673643
    5 Dunwoody Park
    Suite 100
    Atlanta, Georgia
    Telephone:   (404) 477-4755
    Facsimile:   (404) 592-9089
    Email:   Alex@Justice.Law
    Attorney for Plaintiff

(signatures continued on following page)

2

        /s/ Raleigh Rollins_____
        Raleigh Rollins
        Georgia Bar No. 613860
        411 Gordon Ave
        Thomasville, Georgia 31792
        Telephone:    (229) 226-2565
        Facsimile:    (229) 228-0444
        Email: rrollins@alexandervann.com
        Counsel for Defendants